In the Matter of JOHN A. LYONS, as Commissioner of Correction of the State of New York, Respondent, against CARLTON A. FISHER, as Judge of the County Court of Erie County, Defendant, and JOSEPH PATERNO, Appellant.

Argued October 2, 1947; decided October 16, 1947.

*Ralph Saft* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.